JUL. 26. 2004  2:22PM                                              NO. 2353   P.  1/4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SURFACE MATERIALS SALES, INC.    )   CASE NO. 1:04CV1277
                        )
            Plaintiff,    )   JUDGE DONALD C. NUGENT
                        )
vs.                  )   **AFFIDAVIT OF JOHN AVERY IN**
                        )   **SUPPORT OF PLAINTIFF, SURFACE**
                        )   **MATERIALS SALES, INC.'S MOTION**
FELISA BLAZEK          )   **FOR TEMPORARY RESTRAINING**
                        )   **ORDER AND PRELIMINARY**
            Defendant.    )   **INJUNCTION**

STATE OF NEW HAMPSHIRE   )
                         ) SS:
COUNTY OF _____      )

John Avery, being first duly sworn according to law, states the following of his personal knowledge:

1.    I am over the age of eighteen (18) years, am competent to testify, and have personal knowledge of the facts stated in this affidavit.

2.    I am currently a sales representative of Surface Materials Sales, Inc. ("Surface") and have been employed by Surface for over a year.

{PRD\K0489714.1}

3       My sales region now includes the State of New Hampshire. Lavallee Bresinger ("Lavallee"), Newman Associates ("Newman"), Stibler Associates ("Stibler"), and C.M.K. Architects ("C.M.K.") are among the Surface clients with locations in Manchester, New Hampshire.

4.      One of the most critical duties of a sales representative in the wallcovering industry, and of my duties as a sales representative of Surface, is visiting customers in order to build relationships and to provide them with updated wallcovering samples. At these visits, it is customary in the industry for sales representatives to leave contact information, such as a business card.

5.      On or around June 30, 2004, when visiting the places of business of Lavallee Bresinger, L. Newman Associates, Stibler Associates, and C.M.K. Architects in Manchester, New Hampshire, I discovered samples of one of our competitors in the wallcovering industry, Wolf-Gordon ("Wolf"), as well as business cards of Defendant, Felisa Blazek ("Blazek"). I also called upon other Surface customers, such as Whitehouse Design, that had no information from Wolf-Gordon at all.

6.      During the week of July 19, 2004, I called upon Tobey Design and JSA, Inc. and found business cards there from Blazek.

7.      Blazek's business card noted her as a sales representative or employee of Wolf.

8.      Based upon the above information, I have concluded that Blazek is soliciting business from Lavallee, Newman, Stibler, C.M.K, Tobey and JSA as a sales representative of Wolf.

{PRBVX0489714.1}

FURTHER AFFIANT SAYETH NAUGHT.

_____

JOHN AVERY
SURFACE MATERIALS SALES, INC.

SWORN TO BEFORE ME and subscribed in my presence, this 26 day of July, 2004.

_____

NOTARY PUBLIC

ARAM H. SCHWARTZ
Notary Public, Massachusetts
My Commission Expires January 29, 2010

(PRB:K0480714 1)