UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SURFACE MATERIALS SALES, INC., | Case No.: 1:04 CV 1277 |
| | JUDGE DONALD C. NUGENT |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| FELISA BLAZEK, | |
| Defendant. | |

Counsel has notified the Court that the above captioned case is settled and dismissed with prejudice. Parties may file additional documentation to support the settlement. Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: October 7, 2004